UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE BAILEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No: 1:17-cv-00625-TSE-JFA |
| QUEST DIAGNOSTICS, INC. | ) ) |
| Defendant. | ) ) ) |

### DEFENDANT QUEST DIAGNOSTICS INCORPORATED'S MOTION FOR AUTHORIZATION TO BRING ELECTRONIC DEVICES TO SETTLEMENT CONFERENCE

Defendant Quest Diagnostics Incorporated ("Defendant"), by and through undersigned counsel, hereby moves for an Order granting the attached application for authorization to bring specified electronic devices into the courthouse for use during the settlement conference on Monday, February 26, 2018, and for waiver of IT clearance. The court's required Request for Authorization form is attached hereto.

Dated: February 21, 2018

Respectfully submitted,

**QUEST DIAGNOSTICS INCORPORATED**

By its attorneys,

/s/ David Barmak
David Barmak (VSB # 15853)
Donald C. Davis (VSB # 90259)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
701 Pennsylvania Ave. NW, Suite 900
Washington, D.C. 20004
Tel: (202) 585-3507
Fax: (202) 434-7400
DBarmak@mintz.com
DCDavis@mintz.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2018 I caused the foregoing document to be served via the ECF system on opposing counsel as follows:

  Matthew T. Sutter, Esq.
  Sutter & Terpak, PLLC
  7540-A Little River Turnpike
  Annandale, VA 22003
  matt@sutterandterpak.com

  /s/ David Barmak
  David Barmak (VSB # 15853)
  Donald C. Davis (VSB # 90259)
  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  & POPEO, P.C.
  701 Pennsylvania Ave. NW, Suite 900,
  Washington, D.C. 20004
  Tel: (202) 585-3507
  Fax: (202) 434-7400
  DBarmak@mintz.com
  DCDavis@mintz.com
  Attorneys for Quest Diagnostics Incorporated