# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): David Barmak, Counsel of Record

Donald Davis, Counsel of Record

Benjamin Deutsch, Senior Corporate Counsel, Quest Diagnostics, Inc.

Electronic Device(s): Laptop computer for David Barmak

One mobile phone for each of the individuals listed above

Purpose and Location Of Use: Use for pre-trial settlement conference in the location assigned by the court

Case No.: 1:17-cv-00625-TSE-JFA

Date(s) Authorized: February 26, 2018

IT Clearance Waived: _____(Yes)     _____(No)
(We request this)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**